ATLANTIC INSURANCE CO. ET AL. *v.* STATE
BOARD OF EQUALIZATION OF
CALIFORNIA.

No. 1129. Decided April 1, 1968.

*Bert W. Levit* and *Victor B. Levit* for appellants.

*Thomas C. Lynch,* Attorney General of California, and
*Harold B. Haas,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

VARNUM *v.* CALIFORNIA.

No. 869, Misc. Decided April 1, 1968.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.